UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

Case No. 20-cv-01712 (ECT/KMM)

Joel Smith and John Nesse as Trustees of the Minnesota Laborers Health and Welfare Fund, et al,

    Plaintiffs,

vs.

Sterling Systems, Inc.,

    Defendant

_____

**STIPULATION FOR DISMISSAL**

The Plaintiffs and the Defendant in the above-captioned matter, through their respective counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41 (a)(1) (ii), that all claims brought by either party may be dismissed with prejudice and without costs to either party.

Date: November 4, 2020

MCGRANN SHEA CARNIVAL STRAUGHN & LAMB, CHARTERED

By: s/ Amy L. Court
Carl S. Wosmek (#300731)
Amy L. Court (#319004)
Christy E. Lawrie (#388832)
800 Nicollet Mall, Suite 2600

Minneapolis, MN 55402
Telephone: (612) 338-2525
Fax: (612) 339-2386
Email:  csw@mcgrannshea.com
Email:  alc@mcgrannshea.com

Email:  cel@mcgrannshea.com

ATTORNEYS FOR PLAINTIFFS

|  |  |
|---|---|
| | PETERS, REVNEW, KAPPENMAN, AND ANDERSON P.A. |
| Date: November 3, 2020 | |
| | By: _s/ Martin D. Kappenman_____<br>Thomas R. Revnew (#295620)<br>Martin D. Kappenman (#320596)<br>7300 Metro Boulevard, Suite 500 |
| | Minneapolis, MN 55439<br>Telephone: (952) 896-1700<br>Fax: (952) 896-1704<br>Email:  trevnew@prkalaw.com<br>Email:  mkappenman@prkalaw.com |
| | ATTORNEYS FOR DEFENDANT |

1304486.DOCX