UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Joel Smith and John Nesse, as Trustees of the Minnesota Laborers Health and Welfare Fund, or any successors; Joel Smith and Daniel Shoemaker, as Trustees of the Minnesota Laborers Pension Fund, or any successors; Joel Smith and Heather Grazzini, as Trustees of the Minnesota Laborers Vacation Fund, or any successors; Fred Chase and Joe Fowler, as Trustees of the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota, or any successors; Dave Borst and Mark Ryan, as Trustees of the Minnesota Laborers Employers Cooperation and Education Trust, or any successors; the Minnesota Laborers Health and Welfare Fund; the Minnesota Laborers Pension Fund; the Minnesota Laborers Vacation Fund; the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota; and the Minnesota Laborers Employers Cooperation and Education Trust,<br><br>        Plaintiffs,<br><br>v.<br><br>Sterling Systems, Inc.,<br><br>        Defendant. | File No. 20-cv-1712 (ECT/KMM)<br><br><br><br>**ORDER OF DISMISSAL<br>WITH PREJUDICE** |

Pursuant to the Stipulation for Dismissal [ECF No. 11] entered into by Plaintiffs and Defendant,

**IT IS ORDERED** that the above-captioned action is hereby DISMISSED with prejudice in its entirety with each party to bear its own costs and attorney fees in connection with such claims.

Dated: November 4, 2020         s/ Eric C. Tostrud
                                Eric C. Tostrud
                                United States District Court